UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

_____

| | |
|---|---|
| **DAVID G. LAFOND,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | **Case No. 09-CV-2222** |
| ) | |
| **CITY OF KANKAKEE, and Illinois municipal,** ) | |
| **and MELVINA CALVIN,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

A Report and Recommendation (#17) was filed by Magistrate Judge David G. Bernthal in the above cause on December 7, 2009. On December 17, 2009, Defendants City of Kankakee and Melvina Calvin filed their Objection to Report and Recommendation (#18). Following this court's careful de novo review of the Magistrate Judge's reasoning and Defendants' Objection, this court agrees with and accepts the Magistrate Judge's Report and Recommendation (#17). This court agrees that Defendants' Motion to Dismiss (#4) should be GRANTED in part and DENIED in part.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#17) is accepted by this court.

(2) Defendants' Motion to Dismiss (#4) is GRANTED in part and DENIED in part. Count III of Plaintiff's Amended Complaint (#1) remains in the complaint. Count IV is dismissed without prejudice and Plaintiff is allowed fourteen (14) days to amend the claim. Counts V and VI are dismissed with prejudice.

(3) This case is referred to Judge Bernthal for further proceedings.

ENTERED this 8th day of February, 2010

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE