# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| **DAVID G. LAFOND,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | Case No. 09-CV-2222 |
| ) | |
| **CITY OF KANKAKEE, an Illinois municipal,** ) | |
| **and MELVINA CALVIN,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

A Report and Recommendation (#36) was filed by the Magistrate Judge in the above cause on June 25, 2009. More than fourteen (14) days have elapsed since the filing of the Recommendation and no objections have been made. See 28 U.S.C. § 636(b)(1). The Recommendation of the Magistrate Judge is, therefore, accepted by the court. See Video Views, Inc. v. Studio 21, Ltd, 797 F.2d 538 (7th Cir. 1986).

  IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#36) is accepted by this court.

(2) The Rule 12(b)(6) Motion to Dismiss (#31) filed by Defendants is GRANTED and Count IV of Plaintiff's Second Amended Complaint is DISMISSED, but because Plaintiff can conceivably state a claim in Count IV, he will be given another opportunity to amend that claim. Plaintiff is allowed 14 days from the date of this order to file his amended complaint.

(3) This case is referred to the Magistrate Judge for further proceedings.

ENTERED this   27th  day of May, 2010

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
CHIEF U.S. DISTRICT JUDGE